IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ROBERT JAMES HOWARD, #03914-003, | ) ) ) | |
|---|---|---|
| Petitioner, | ) ) | |
| vs. | ) ) ) | CRIMINAL NO. 14-00011-CG-B<br>CIVIL NO. 15-00620-CG-B |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 9, 2019 (Doc. 42) is adopted as the opinion of this Court. It is **ORDERED** that Robert James Howard's § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Doc. 33) is **DENIED**. The Court further finds that Petitioner's requests to amend his petition and for appointment of counsel (Docs. 38, 39) are **DENIED**. The Court finds that Petitioner is not entitled to a certificate of appealability, and therefore, is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 11th day of February, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE