# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT JAMES HOWARD, #03914-003, ) ) ) | |
| Petitioner, ) ) | |
| vs. ) ) | CRIMINAL NO. 14-00011-CG-B CIVIL NO. 15-00620-CG-B |
| UNITED STATES OF AMERICA, ) ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Court Order entered this date, it is **ORDERED, ADJUDGED, and DECREED** that Robert James Howard's § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Doc. 33) is **DENIED**. The Court further finds that Petitioner's requests to amend his petition and for appointment of counsel (Docs. 38, 39) are **DENIED**. The Court finds that Petitioner is not entitled to a certificate of appealability, and therefore, is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 11th day of February, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE