# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT JAMES HOWARD,** | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 15-620-CG-B |
| | ) CRIMINAL NO. 14-00011-CG-B |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 4, 2022 (Doc. 69) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Robert James Howard's petition is **DISMISSED** as the Court is without jurisdiction.   It is further **ORDERED** that Petitioner is not entitled to a certificate of appealability or the option of to appeal *in forma paupis* on appeal.

**DONE and ORDERED** this 14th day of April, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE